UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KIMBERLY SALERNO,

        Plaintiff,

v.

CREDIT ONE BANK, N.A.,

        Defendant.

Civil Action No. 1:15-CV-00516

### DECEMBER 21, DECLARATION OF AARON R. EASLEY IN SUPPORT OF MOTION TO VACATE ARBITRATION AWARD

I, AARON R. EASLEY, submit this Declaration, pursuant to 28 U.S.C. § 1746, in further support of Credit One Bank, N.A.'s Motion to Vacate. I hereby declare as follows:

1. All facts stated in this Declaration are true of my own knowledge and if called as a witness I could testify competently to these facts.

2. My name is Aaron R. Easley, and I am an attorney with Sessions, Fishman, Nathan & Israel, L.L.C. I am counsel of record for the defendant, Credit One, in the above-captioned matter filed by Plaintiff Kimberly Salerno. I have attached the following Exhibits in support of Credit One's Motion to Vacate:

- **Exhibit 1**: The Award of Arbitrators that was the final award in the parties' arbitration proceedings. This Exhibit, stemming from a confidential consumer arbitration, is being filed provisionally under seal.

- **Exhibit 2**: The Cardholder Agreement between the parties here, which was Hearing Exhibit E in the underlying arbitration proceedings.

- **Exhibit 3**: The Hearing Transcript (condensed version) from the parties' arbitration proceedings. This Exhibit is being filed provisionally under seal.

- **Exhibit 4**: Credit One's Arbitration Brief filed with the AAA arbitrators before the June 28 hearing before the AAA Panel. This Exhibit is being filed provisionally under seal.

- **Exhibit 5**: The form solicitation letter sent to Plaintiff by Credit One, which was Hearing Exhibit D in the underlying arbitration proceedings.

- **Exhibit 6**: A call log showing the inbound calls to the Bank from Plaintiff's '0301 cell phone number, which was Hearing Exhibit H in the underlying arbitration proceedings. This Exhibit is being filed provisionally under seal.

- **Exhibit 7**: Credit One's Post-Arbitration Brief filed with the AAA arbitrators on August 15, 2018. This Exhibit is being filed provisionally under seal.

- **Exhibit 8**: Credit One's Post-Arbitration Reply brief filed with the AAA arbitrators on August 29, 2018. This Exhibit is being filed provisionally under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 21, 2018

_____
AARON R. EASLEY